**No. 41764.**—Protest 977413–G of Intercontinental Trading Co. (New York).

Opinion by KEEFE, J. On the record presented it was held that the presumption of correctness of the collector's findings was not overcome. The protest was therefore overruled.

**No. 41765.**—Protest 900781–G of Strauss Bros. & Co. (New York).

Opinion by KEEFE, J. There was evidence that the articles in question are ornaments used purely for decorative purposes. They were held not to be tableware, as claimed.

**No. 41766.**—Protest 796688–G of Armond Trading Co. (New York).

Opinion by KEEFE, J. It appeared that the set of seven pieces was imported as a unit solely for the purpose of taking orders. It was held that upon exportation it should also be treated in the same manner and the privilege granted by Congress should be strictly construed to require the exportation of the entire set or liquidated damages should be assessed for violation of the bond. The protest was therefore overruled.

**No. 41767.**—Protests 953776–G, etc., of Eisenberg Rubin, Inc. (New York).

Opinion by KEEFE, J. It was found that the method of weighing used by the importer was conducive to more accurate results than that used by the United States weigher. The protests were therefore sustained. Abstract 39432 followed.

**No. 41768.**—Protests 587761–G, etc., of Oceano Shipping Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 it was held an allowance should have been made in the weight of cheese to compensate for the inedible covering on the outside. The protests were therefore sustained.